UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SHELLY AMARILLO, Individually,**
**ERICKSON AMARILLO, Husband, and**
**SHELLY AMARILLO and ERICKSON AMARILLO,**
As next Best Friends of **ERICKSON AMARILLO, JR., A Minor**
**BRITTNEY AMARILLO, A Minor,**
**RIANNON WILSON, A Minor, and**
**VIVIAN AMARILLO, A Minor,**

    **Plaintiffs,**

    v.        **CIV. NO. 06-1173 WJ/ACT**

**THE UNITED STATES OF AMERICA,**

    **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AND DISMISSING CASE WITH PREJUDICE

**THIS MATTER** is before the Court of Magistrate Judge Alan C. Torgerson's Findings and Recommendation filed May 16, 2008 [43].  The parties have no objections to Judge Torgerson's findings and recommendation.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation are adopted by the Court.  The proposed settlement is in the best interests of the minor children and is approved.

**IT IS FURTHER ORDERED** that, pursuant to the parties' settlement agreement, this action is **DISMISSED** with prejudice.

 

_____
**WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**